NUMBER 13-06-00499-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

GREENGATE GROVE PROPERTY OWNERS' 

ASSOCIATION, D/B/A SCOA, AND GILL KARR, 

AS DIRECTOR OF GREENGATE GROVE 

PROPERTY OWNERS' ASSOCIATION, Appellants,


v.



JURGEN SCHMELING, ET AL., Appellees.

 

_____________________________________________________________


On appeal from the 206th District Court 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellants, Greengate Grove Property Owners' Association, d/b/a Scoa, and Gill
Karr, as Director of Greengate Grove Property Owners' Association, perfected an appeal
from a judgment entered by the 206th District Court of Hidalgo County, Texas, in cause
number C-564-02-D. Appellants have filed an unopposed motion to dismiss the appeal on
grounds that the parties have reached an agreement to settle and compromise their
differences. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby
DISMISSED. Pursuant to the motion to dismiss, costs will be taxed against the party
incurring the same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the
court will tax costs against the appellant."). Having dismissed the appeal at appellants'
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered 

and filed this the 10th day of July, 2008.